UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA DIVISION



In Re:                                            Case No. 16-12197-R

Jeremiah Ray Robinson                             Chapter 13

Debtor.                                           Judge Dana L. Rasure

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be Changed:**                      ☐ Notice Address
(both may be selected, if applicable)           ☒ Payment Address

**OLD ADDRESS:**     Home Point Financial Corporation
                     (Name)

                     PO Box 790309
                     (Street Address or P.O. Box)

                     St. Louis, MO 63179
                     (City, State, Zip Code)

**pNEW ADDRESS:**    Home Point Financial Corporation
                     (Name)

                     11511 Luna Road, Suite 300
                     (Street Address or P.O. Box)

                     Farmers Branch, TX 75234
                     (City, State, Zip Code)

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim pursuant to Bankruptcy Rule 3001(e).

s/ [signature]
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com